Receipt # 61030

FILED
11 APR 18 PM 1:58
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

07-61370    BILLY ROSS
DEBTOR DID NOT CASH CHECK
CHECK #491660 FOR $279.23
BILLY ROSS
2227 BRYWOOD DR
LEXINGTON, OH 44904

06-60245    GARY FINERTY
LINDSAY FINERTY
CREDITOR DID NOT CASH CHECK
CHECK #491661 FOR $67.03
FIRST MERIT MTG CORP
4455 HILLS & DALES RD NW
CANTON, OH 44708

06-60245    GARY FINERTY
LINDSAY FINERTY
CREDITOR DID NOT CASH CHECK
CHECK #491662 FOR $15.25
FIRST MERIT MTG CORP
4455 HILLS & DALES RD NW
CANTON, OH 44708